UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAMIE MARSHA WILLIAMS** | **CIVIL DOCKET NO. 3:23-CV-0833** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 15] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's MOTION TO DISMISS [Doc. 4] is GRANTED IN PART.

IT IS FURTHER ORDERED that Plaintiffs' claims pursuant to Title VII are DISMISSED WITHOUT PREJUDICE and that Plaintiffs' claims pursuant to Louisiana state law are REMANDED to the Fourth Judicial District, Quachita Parish, State of Louisiana.

THUS, DONE AND SIGNED in Chambers, on this 2nd day of November 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE